Denali T. v Dembski (2024 NY Slip Op 03301)

Denali T. v Dembski

2024 NY Slip Op 03301

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, AND GREENWOOD, JJ.

475 CA 23-01057

[*1]DENALI T., AN INFANT BY AND THROUGH TRACY A., HER PARENT AND NATURAL GUARDIAN, AND TRACY A., INDIVIDUALLY, PLAINTIFFS-RESPONDENTS,
v
JENNIE DEMBSKI, M.D., KALEIDA HEALTH, DOING BUSINESS AS WOMEN AND CHILDREN'S HOSPITAL OF BUFFALO, DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. 

CONNORS LLP, BUFFALO (MOLLIE C. MCGORRY OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
THE DEMPSEY FIRM, PLLC, BUFFALO (CATHERINE B. DEMPSEY OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered January 10, 2023. The order, insofar as appealed from, denied the motion of defendants insofar as it sought summary judgment dismissing the complaint against defendants Jennie Dembski, M.D., and Kaleida Health, doing business as Women and Children's Hospital of Buffalo. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 14, 2024
Ann Dillon Flynn
Clerk of the Court